58 A.3d 1175

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. KIN CHI WONG, A/K/A XI YI GAO,
DEFENDANT–PETITIONER.

February 27, 2012.

ORDERED that the petition for certification is granted limited to the issue of whether the trial court should have granted defendant's motion for judgment of acquittal on the charge of accessing a computer with a scheme to defraud in violation of *N.J.S.A.* 2C:20–25.

58 A.3d 1175

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
WILFREDO CORTES, DEFENDANT–PETITIONER.

March 22, 2012.

ORDERED that the petition for certification is granted limited to the issue of the challenge to the count to which defendant pled guilty. The matter is remanded to the Superior Court, Law Division for a correction of the Judgment of Conviction to reflect that defendant pled guilty to count III of the indictment, not count I, the Court also holding that this correction does not warrant any modification to defendant's sentence. Jurisdiction is not retained.